**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 20-7513**

UNITED STATES OF AMERICA

Plaintiff - Appellee,

v.

SIRRICO FITZGERALD BURNSIDE,

Defendant – Appellant.

Appeal from the United States District Court for the District of South Carolina, at Greenville.  Timothy M. Cain, District Judge.  (6:12-cr-00220-TMC-1)

Submitted:  March 23, 2021                    Decided:  March 26, 2021

Before THACKER, QUATTLEBAUM, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinon.

Sirrico Fitzgerald Burnside, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sirrico Fitzgerald Burnside appeals the district court's order denying his motion for compassionate release, 18 U.S.C. § 3582(c)(1)(A). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burnside*, No. 6:12-cr-00220-TMC-1 (D.S.C. Sept. 30, 2020). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*